UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE NATHANUEL
SAWYER, JR.,

    Plaintiff,                                   Case No. 21-cv-11871
                                                  Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.

                                             /s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: September 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2022, by electronic means and/or ordinary mail.

                                             s/Holly A. Ryan
                                             Case Manager
                                             (313) 234-5126